ORANGE *v.* THE STATE.

ATKINSON, Justice. The accused having been found guilty of robbery by intimidation under the Code, § 26-2503, which is not a capital felony, under article 6, section 2, paragraph 4, of the Constitution of 1945 (Code, Ann. Supp., § 2-3704), this court has no jurisdiction thereof. *Meriwether v. State,* 189 *Ga.* 746 (2, 3) (8 S. E. 2d, 72); *Mika v. State,* 196 *Ga.* 473 (2) (26 S. E. 616). Accordingly the case is

*Transferred to the Court of Appeals. All the Justices concur, except Bell, J., absent on account of illness, and Wyatt, J., who took no part in the consideration or decision of this case.*

No. 16067. FEBRUARY 10, 1948.

*Raymond W. Martin,* for plaintiff in error.

*Eugene Cook, Attorney-General, L. M. Wyatt, Solicitor-General,* and *Wright Lipford, Assistant Attorney-General,* contra.